In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-107 CV


 ______________________


 

IN THE ESTATE OF ERNST B. FIEDLER






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 92170






MEMORANDUM OPINION


 On March 8, 2007, we notified the parties that our jurisdiction was not apparent from
the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeal. No
response has been filed. 

 The notice of appeal seeks to appeal the denial of a motion for summary judgment. 
No final judgment has issued. Subject to certain statutory exceptions not applicable to this
appeal, only final judgments are appealable. Accordingly, we hold that jurisdiction over this
case is still vested in the trial court. The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED. 


 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion delivered May 17, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.